UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:16-cv-80883-ROSENBERG/HOPKINS

SANTIAGO ABREU,

    Plaintiff,

v.

KAVASUTRA DELRAY, LLC,

    Defendant.

_____/

## FINAL DEFAULT JUDGMENT

Final Judgment is hereby **ENTERED** in favor of Plaintiff, SANTIAGO ABREU, and against Defendant, KAVASUTRA DELRAY, LLC d/b/a KAVASUTRA DELRAY BEACH. It is **ORDERED AND ADJUDGED**, that

1. Defendant shall alter its premises located at 2186 W. Atlantic Avenue, Delray Beach, Florida 33445 ("Premises") within six (6) months of the date of this Judgment to make said Premises accessible to and usable by individuals with disabilities to the full extent required by Title III of the ADA by rectifying the following specific ADA Violations located in the men's restroom at the Premises:

    a. Failing to provide the water closets in both unisex restrooms in the proper position relative to the side wall or partition in violation of 2010 ADAAG §§604 and 604.2 and/or §§4.16, 4.17.2 and 4.17.3 of the 1991 ADA Standards.

2. Plaintiff, SANTIAGO ABREU, shall recover from Defendant, KAVASUTRA DELRAY, LLC, the sum Five Thousand Four Hundred Twenty-Eight Dollars and Thirty-Eight Cents ($5,428.38), for attorneys' fees and costs plus interest according to law from the date of this Judgment until the entire amount is paid, for which let execution issue forthwith.

3. The judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within forty-five (45) days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed. Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtor(s) to complete form 1.977, including all required attachments, and serve it on the judgment creditor's attorneys or the judgment creditor if the judgment creditor is not represented by an attorney.

4. The Clerk is directed to **CLOSE THIS CASE** and to terminate any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 9th day of November, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies Furnished to: Counsel of Record